# United States Bankruptcy Court
## Eastern District of New York

In re  **Phillip Patrick Spillane**  
                                                    Debtor(s)

Case No.  
Chapter  **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Phillip Patrick Spillane**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **October 9, 2019**            Signature    **/s/ Phillip Patrick Spillane**  
                                                                        **Phillip Patrick Spillane**  
                                                                      Debtor